IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEANNA MILLER, individually and
on behalf of all others similarly situated**                                             PLAINTIFFS

v.                              Case No. 4:14-cv-351 KGB

**VISION'S, individually and
d/b/a VISIONS and/or d/b/a VISIONS CABARET;
and MINOR BOOTH, individually and
d/b/a VISIONS and/or d/b/a VISIONS CABARET**                                    DEFENDANTS

## ORDER

Pursuant to the Order entered in this matter on this date, this case is dismissed without prejudice for failure to prosecute. The relief sought is denied.

So adjudged this the 7th day of December, 2016.

_/s/ Kristine G. Baker_
Kristine G. Baker
United States District Judge